IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00582-FL

| | |
|---|---|
| TAMMY MARIE HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | FOR DISMISSAL |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Stipulation for Dismissal filed on September 22, 2016. The Administrative Law Judge rendered a decision partially favorable to Plaintiff on May 12, 2016, and neither party contests said decision.

Therefore, it is ORDERED that final judgment be entered dismissing this case in accordance with the decision of the Administrative Law Judge and Stipulation of the parties.

This  22nd  day of September, 2016.

*/s/ Louise W. Flanagan*

LOUISE WOOD FLANAGAN
United States District Judge