In The United States District Court
for the Eastern District of North Carolina
Western Division

| | | |
|---|---|---|
| Tammy Marie Hill<br>Social Security Claim Number<br>xxx-xx-6169<br>                Plaintiff,<br><br>           v.<br><br>Carolyn Colvin,<br>Acting Commissioner of Social Security,<br>                Defendant. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Civil Action No. 5:14-cv-582-FL |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

On October 4, 2016, Plaintiff filed a motion for fees in the amount of $5,398.25 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).

Pursuant to the power of this Court to award attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and in light of this Court's Judgment remanding the case and the Administrative Law Judge's subsequent favorable decision,

IT IS THEREFORE ORDERED that the Plaintiff be allowed attorney fees of $5,398.25, which the Court finds to be reasonable, in full satisfaction of any and all EAJA attorney fee claims Plaintiff may have in this case and that payment be made directly to counsel for Plaintiff.

Pursuant to the United States Supreme Court's ruling in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), these attorney fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-

existing debt Plaintiff may owe to the United States Government. If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the United States that would subject this award of attorney fees to offset, or if there is a remainder from the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

SO ORDERED, this the  1st   day of   November   , 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE